

Stephen M. Greecher, Jr.
sgreecher@tuckerlaw.com
771-221-7955

November 8, 2018

*Via First Class Mail*

The Honorable Matthew W. Brann
United States District Court
Middle District of Pennsylvania
U.S. Post Office and Courthouse
Scranton, PA 18501

**FILED
SCRANTON
NOV 1 9 2018
PER _____
DEPUTY CLERK**

  RE: **Champagne Edition, Inc. v. Motis Energy, LLC
    Docket No. 4:16-CV-00355
    Our File No. 031050-173749**

Dear Judge Brann:

This letter is to inform you that the above referenced matter has been settled. Thank you for your attention.

Sincerely,

TUCKER ARENSBERG, P.C.

Stephen M. Greecher, Jr.
SMGjr/bes
cc: J. David Smith, Esquire
TADMS:5057517-1

**TUCKER ARENSBERG**
Attorneys

2 Lemoyne Drive   Suite 200   Lemoyne, PA 17043

HARRISBURG PA 171
PA $$$
15 NOV 2018 PM 7
PM 3 L

neopost
11/15/2018
US POSTAGE $001.4⁴

ZIP 17043
041L11248100

The Honorable Matthew W. Brann
United States District Court
Middle District of Pennsylvania
U.S. Post Office and Courthouse
Scranton, PA 18501

RECEIVED
SCRANTON
NOV 19 2018
PER_____