# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHAMPAGNE EDITION, INC., | : | No. 4:16-CV-00355 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| MOTIS ENERGY, LLC, | : | |
| Defendant. | : | |

## **ORDER**

**AND NOW**, this 27th day of November 2018, upon consideration of Stephen M. Greecher, Jr., Esquire's Letter to the Court indicating that this case has settled, ECF No. 47, **IT IS HEREBY ORDERED** that this action is dismissed with prejudice.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge